UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY KUO, *an individual, on behalf of himself, the general public, and those similarly situated,*

                              Plaintiff,

-v-

NAVIENT CORPORATION *et al.*,

                              Defendants.

23 Civ. 8511 (PAE)

ORDER

---

**PAUL A. ENGELMAYER, District Judge:**

In light of defendants' motion to compel arbitration, *see* Dkt. 42, the initial pretrial conference scheduled for November 1, 2023 is adjourned *sine die*. The Court adopts the following schedule regarding defendants' motion to compel arbitration:

- October 27, 2023: Plaintiff's brief in opposition.
- November 3, 2023: Defendants' reply brief.

The Court notes defendants' motion for oral argument. *See* Dkt. 45. The Court will determine whether argument will be heard after the motion is fully briefed.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2023
       New York, New York